Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SIDNEY SUTHERLAND, RON PARSONS, STEVE LARSON,<br><br>    Defendants. | No. 3:03-cv-05495-FDB-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of all claims against the Defendant SIDNEY SUTHERLAND with prejudice and without attorneys' fees or costs.

//
//
//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL
NO. 3:03-cv-05495-FDB-RSL – Page 1

Yarmuth Wilsdon Calfo pllc
3080 WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE WASHINGTON 98101-3000
T 206 516 3800  F 206 516 3888

1  DATED: July 26, 2005.

2

3  YARMUTH WILSDON CALFO PLLC          AVANT LAW PLLC

4

5

6  By: /s/Sally R. Garratt                By: /s/Robert S. Apgood
       Sally Gustafson Garratt, WSBA #7638     Robert S. Apgood, WSBA #31023

7  Attorneys for Plaintiff DIRECTV, Inc.    Attorneys for Defendant Sidney Sutherland

8

9

10
        **IT IS SO ORDERED.**
11
        DATED: July 27, 2005.
12

13

14                                              /s/ Robert S. Lasnik
                                                Robert S. Lasnik
15                                              United States District Judge

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL
NO. 3:03-cv-05495-FDB-RSL – Page 2

YARMUTH WILSDON CALFO PLLC
3080 WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE WASHINGTON 98101-3000
T 206 516 3800  F 206 516 3888