UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY SUTHERLAND, RON PARSONS, STEVE LARSON,<br><br>Defendants. | No. C03-5495  FDB<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of all claims against the Defendant RON PARSONS with prejudice and without attorneys' fees or costs.

///
///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER OF DISMISSAL
NO. C03-5495  FDB – Page 1

YARMUTH WILSDON CALFO PLLC
3080 WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE WASHINGTON 98101-3000
T 206 516 3800  F 206 516 3888

DATED: July 26, 2005.

YARMUTH WILSDON CALFO PLLC

| | |
|---|---|
| By: /s/Sally R. Garratt<br>    Vickie V. Carleton, WSBA #21187 | By: /s/ Ron Parsons<br>    Ron Parsons |
| Attorneys for Plaintiff DIRECTV, Inc. | Defendant |

**IT IS SO ORDERED.**

DATED: July 27, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND PROPOSED ORDER OF DISMISSAL
NO. C03-5495 FDB – Page 2

YARMUTH WILSDON CALFO PLLC
3080 WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE WASHINGTON 98101-3000
T 206 516 3800  F 206 516 3888